# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN E. MCCARTY & JENNIFER R. MCCARTY  Case Number: 05-74949
308 FOX RUN DRIVE   SSN-xxx-xx-8686 & xxx-xx-9892
SOUTH BELOIT, IL  61080

Case filed on: 9/20/2005
Plan Confirmed on: 1/20/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $30,720.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | JOHN E. MCCARTY | 0.00 | 0.00 | 652.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 652.00 | 0.00 |
| 001 | AMCORE BANK | 14,000.00 | 14,000.00 | 14,000.00 | 1,709.38 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | B-LINE LLC | 3,000.00 | 3,000.00 | 3,000.00 | 366.28 |
|  | Total Secured | 17,000.00 | 17,000.00 | 17,000.00 | 2,075.66 |
| 001 | AMCORE BANK | 130.48 | 21.81 | 21.81 | 0.00 |
| 003 | B-LINE LLC | 506.16 | 506.16 | 159.77 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 5,900.58 | 5,900.58 | 1,862.52 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 6,183.40 | 6,183.40 | 1,951.80 | 0.00 |
| 006 | ROCKFORD MERCANTILE AGENCY INC | 945.89 | 945.89 | 298.57 | 0.00 |
| 007 | WELLS FARGO FINANCIAL NATIONAL BANK | 1,928.15 | 1,928.15 | 608.62 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 4,037.04 | 4,037.04 | 1,274.30 | 0.00 |
|  | Total Unsecured | 19,631.70 | 19,523.03 | 6,177.39 | 0.00 |
|  | Grand Total: | 39,495.70 | 39,387.03 | 26,693.39 | 2,075.66 |

Total Paid Claimant:   $28,769.05
Trustee Allowance:     $1,950.95
Percent Paid Unsecured:    31.64

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan